Swervo Entertainment Group, LLC
                               Plaintiff,

v.                                          Case No.: 1:16−cv−04692
                                            Honorable John Z. Lee

Linda S Mensch, et al.
                               Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 3, 2016:

MINUTE entry before the Honorable John Z. Lee:Initial status hearing set for 6/21/16 at 9:00 a.m. The parties are directed to file an initial status report as set forth in the Judge's standing order four business days prior to the status hearing.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.