UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Court File # _____

Swervo Entertainment Group, LLC, a
Minnesota limited liability company,

    Plaintiff(s),

vs.

Linda S. Mensch, an individual, et al.

    Defendant(s).

**AFFIDAVIT OF SERVICE**

---

**PRO LEGAL SUPPORT SERVICES, INC.**

I, Robert D. Fairbanks, state that on 5/5/2016, I served the attached Summons in a Civil Case; and Complaint upon **Bryan Cave, LLP** therein named, at 161 North Clark Street, #4300, Chicago, IL 60601, in the County of Cook, at 12:03 PM, by handing to and leaving with Kat Denk (Secretary - Coordinator / Authorized Agent for service) true and correct copies thereof.

I declare under penalty of perjury that this information is true.

Dated: 17th day of May, 2016

*/s/ Robert D. Fairbanks*
ROBERT D. FAIRBANKS - Process Server
7800 METRO PARKWAY #300
BLOOMINGTON, MN 55425
(612) 860-5844
service@prolegalmn.com